26382. ARNETT *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of possessing whisky. The verdict was authorized by the evidence; and the court did not err in overruling the motion for new trial based upon the general grounds only. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 8, 1937. REHEARING DENIED OCTOBER 2, 1937.

Randall Evans Jr., Jack D. Evans, for plaintiff in error.
J. Cecil Davis, solicitor-general, contra.